[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 28, 2011
JOHN LEY
CLERK

No. 10-12668
Non-Argument Calendar

_____

D.C. Docket No. 4:93-cr-00082-JRH-GRS-4

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARVIN ROBERTS,
a.k.a. "Boss",

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 28, 2011)

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Kristin Wigh Goodman, appointed counsel for Marvin Roberts, filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Roberts responded, listing issues he believed had arguable merit. Because review of the issues raised by Roberts and counsel, as well as an independent review of the record as a whole, reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Roberts's revocation of supervised release and sentence are **AFFIRMED**.